**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
_____
LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

May 14, 2014

**VIA EMAIL**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

       Re:  United States v. Amnon Filippi
           12 Cr. 604 (RA)

Dear Judge Abrams:

    I represent Mr. Filippi in the above referenced matter.  I
am writing to request a modification of Mr. Filippi's bail
conditions.  On October 23, 2012, Magistrate Judge Pittman, upon
the joint proposal by the government and the defendant, set the
following conditions: a $200,000 personal recognizance bond, co-
signed by the three (3) financially responsible persons; strict
pre-trial supervision (including home detention with electronic
monitoring); surrender of all travel documents; travel restricted
to the SDNY and EDNY; and drug testing and treatment if
necessary, as per pre-trial's discretion.  The defendant was
released the following day once all the conditions were met.  The
defendant has been fully compliant to date.

    On November 9, 2012 upon the application of the defendant,
and with the government's consent, Magistrate Judge Andrew J.
Peck modified Mr. Filippi's bail to permit him to travel out of
state to participate in professional poker tournaments.  His
electronic monitoring bracelet was removed with the consent of
the pre-trial services officer.

    Mr. Filippi would like to participate in a poker tournament
at the Parx Casino in Bensalem, Pennsylvania from Friday, May 16,
2014 through Tuesday, May 20, 2014.

Hon. Ronnie Abrams
May 14, 2014
Page Two

I am informed by AUSA Elisha Kobre and Pre-Trial Services Officer John Moscato, that they have no objection to this request.

If your Honor has any questions, or would like additional information, please do not hesitate to contact me.

Thank you in advance for your consideration in this matter.

Respectfully Submitted,

Jeremy Schneider

JS/sc
cc: Elisha Kobre, Esq.
    Assistant United States Attorney

    John Moscato
    Pre-Trial Services Officer

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
5/14/14